1
2
3
4
5   JS 6
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10
11  SARA LOPEZ                    )        Case No.: CV 12-2736 DSF (FMOx)
12              Plaintiff,        )
                                  )
13      vs.                       )        JUDGMENT
                                  )
14  DEUTSCHE BANK NATIONAL        )
    TRUST COMPANY, et al.         )
15                                )
            Defendants.           )
16                                )
17  _____
18          The Court having ordered that the case be dismissed by consent of Plaintiff
19  as evidenced by lack of opposition to motions to dismiss, and for failure to
20  prosecute and failure to comply with Court orders,
21          IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
22  action be dismissed with prejudice, and that defendants recover their costs of suit
23  pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.
24  Dated: _____  10/2/12        _____
25                                         Dale S. Fischer
26                                         United States District Judge
27
28