JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SARA LOPEZ )                 Case No.: CV 12-2736 DSF (FMOx)
        Plaintiff, )

    vs. )                 JUDGMENT

DEUTSCHE BANK NATIONAL )
TRUST COMPANY, et al. )
       Defendants. )
_____

    The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to motions to dismiss, and for failure to prosecute and failure to comply with Court orders,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____        10/2/12

_____
Dale S. Fischer
United States District Judge